UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CHERYL LOUISE MARCHESE,**

    **Petitioner,**

**v.**                              **CASE NO. 3:18cv544-MCR/CAS**

**FLORIDA STATE HOSPITAL,**

    **Respondent.**
    _____/

## **O R D E R**

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge dated October 19, 2018. ECF No. 8. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). I have made a *de novo* determination of any objections timely filed.

Having considered the Report and Recommendation, and any objections filed thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation, ECF No. 8, is adopted and incorporated by reference in this Order.

2. Respondent's motion to dismiss, ECF No. 7, is **GRANTED**.

3. The § 2254 petition for writ of habeas corpus, ECF No. 1, is **DISMISSED**.

4. A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**.

**DONE AND ORDERED** this 19th day of November 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**